Rev. 7/06
CO H&C Corp
AO 241 amd.

**FILED**
Page 1

OCT 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NAME (Under which you were convicted)

Jasper Dockery

PRISON NUMBER

#39631-053

PLACE OF CONFINEMENT/ADDRESS
USP Hazelton P.O. Box 2000
Bruceton Mills, Wwst Virginia 26525.

CASE NUMBER   1:06CV01799

JUDGE: Unassigned

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 10/18/2006

---

(Full Name)          Petitioner   )

Jasper Dockery                    )
                                  )
          v.                      )
                                  )
Al Haynes, Warden                 )
                                  )
-------------------------------   )
(Name of Warden, Superintendent, Jailor, or   )
authorized person having custody of petitioner)   )
                    Respondent    )

Civil Action No.: _____
(To be filled in by Clerk)

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

### INSTRUCTIONS - PLEASE READ CAREFULLY

1.  This petition must be legibly handwritten or typed, and signed by the petitioner. Any false statement of material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

3.  Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

4.  Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

RECEIVED

SEP 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5.  If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

6.  Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

7.  When you have completed the form, send the original and one copy to:
    Clerk, United States District Court for the District of Columbia
    Room 1225
    333 Constitution Avenue, NW
    Washington, DC 20001

9.  <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1.  (a)  Name and location of court which imposed the sentence (or detention) of conviction you are challenging: Washington D.C. Superior Court In D.C.
    _____
    _____
    _____

2.  (a)  Date of the sentence (or detention):  10/30/98; others unknown.

3.  Length of sentence: Life without parole; and others.
    _____

4.  Nature of offense involved (all counts): See attach unauthorized alleged indictments ex "A" and "B".
    _____
    _____
    _____

5.  (a)  What was your plea? (Check one):
    ☒  Not guilty
    ☐  Guilty
    ☐  Nolo Contendere (no contest)
    ☐  Insanity

(b)    If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details:  N/A

_____

_____

_____

_____

_____

_____

6.    Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?

☒    Yes
☐    No

7.    If your answer to Question 10 was "Yes," give the following information:
  (a)    (1)    Name of Court: Washington D.C. Superior Courthouse.
        (2)    Nature of the proceedings: Extradition affidavit/indictment was invalid because they did not conform with uniform criminal ectradition act. 18 USC § 3182 of Federal Constitution Amend 4.

        (3)    Grounds raised: Fourth Amendment requires a Judicial determination of probable cause preqiisit extend restraint of liberty following arrest; & indictment "founded uponits face" and returned by properly constituted grand Jury conclusively determines existence of probably cause require warrant.

        (4)    Did you receive an evidentiary hearing on your petition, application or motion?
              ☐    Yes
              ☒    No
        (5)    Result: 23-110 remidy ineffective & inadequate due executive dep't
        (6)    Date of result: Jan 17, 2006.

  (b)    As to any second petition, application, or motion, give the same information:
        (1)    Name of Court: United States District Court for District of Columbia
        (2)    Nature of the proceedings: Court lack subject matter jurisdiction in violation of amendments 4 and 5 USCA.

        (3)    Grounds raised: Petitioner was arrested inside his home Brooklyn New York. He was never indicted by grand Jury, and without warrant for non-existence offense, based on affidavit issue in U.S. District Court for the District of Columbia, deprive the court of subject matter Jurisdiction for fraudulent process; but give the court jurisdiction for vendicate him.

        (4)    Did you receive an evidentiary hearing on your petition, application or motion?
              ☐    Yes
              ☒    No
        (5)    Result: Dismissed without prejudice.

Page 4

(6)   Date of result: _____8/28/06_____

(c)   As to any third petition, application, or motion, give the same information:
    (1)   Name of Court: _N/A_____
    (2)   Nature of the proceedings: __N/A_____
_____
_____

    (3)   Grounds raised: _N/A_____
_____
_____
_____
_____

    (4)   Did you receive an evidentiary hearing on your petition, application or motion?
          ☐   Yes
          ☒   No
    (5)   Result: _N/A_____
    (6)   Date of result: __N/A_____

(d)   Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
    (1)   First petition, etc.''
          ☒   Yes
          ☐   No
    (2)   Second petition, etc.:
          ☐   Yes
          ☒   No

    (3)   Third petition, etc.:
          ☐   Yes
          ☒   No

(e)   If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: __Yes._____
_____
_____
_____
_____
_____

8.   State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A.    **GROUND ONE:**

     (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:    On Feb 6, 96, Petitioner's home was breaking, by Police and FBI, He was kidnapped without process and taken before extradition Judge Levy, on Feb 7, 96, upon affidavit/unsign indictment shown to him off the record in bull penn^that were invalid because they did not conform with uniform Criminal extradition Act 18 USC § 3182, causation for him being waive extradition and was taken to demanding Federal executive Authority in Washington DC. Submit is ex C, is an Affidavit of removal; and ex A, is a unsign alleged indictment     have shown to him (WHO was blind to its validity) off the record in Brooklyn Federal Court Bull Penn, by Public Defender Named Diana Renwick. But it was not shown to any one in open Brooklyn Federal Court on Feb 7, 1996, and petitioner removal was based totally on FBI AFFIDAVIT. This affidavit did not satisfied the removal requirement in the demanding jurisdiction, SEE PAGE 5-A"

B.    **GROUND TWO:**

     (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:    On Feb 29, 1996 US Marshall removed Petitioner from Alexandria Jail to Washington DC Booking holding center. It was then two DC local Police, Reed and Young, enter the holding area and removed him from Marshall's custody, and took him to DC homicide jurisdiction, there they claimed they have charged him with MURDER, which charges are clearly shown to be nonexistence offenses. The records also show petitioner's innocent. Violation of Amends 4 and 5. ATTORNEY RICHARD GILBERT CONDUCTED A PERSONAL INVESTIGATION INTO THE EXECUTIVE DEPARTMENT SUPERIOR COURTHOUSE JACKET AND FOUND ONLY UNSIGN INDICTMENT ON JUNE 6, 1997 about 16 MONTH AFTER RESPONDENT CLAIN GRAND JURY RETURN INDICTMENTS FOR PETITIONER. THE SUPERIOR COURTHOUSE DOCKET SHEET VOID SHOWING ANY SUCH PROCESS WAS ISSUE FOR PETITIONER. SEE EX "ONE AND TWO". RESPONDENT CLAIM INDICTMENTS RETURN ON 1/5/96 and 1/23/95. The Petitioner is in custody in violation of the constitution. SEE ATTACH PAGE 5-B AND 5-C FOR DISCLOSURE.

C.    **GROUND THREE:**

     (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

PAGE–5A.

The removal affidavit was nothing more than fraudulent document made up thus
to get petitioner removed to washington DC. It was made up in violation of his
Fourth and Fifth Amendment rights to the United States Constitutions.

JSS:JFC
F.#
REM

*Exh "C"*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# M-96-0178

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JASPER L. DOCKERY,

             Defendant.

- - - - - - - - - - - - - - - - X

REMOVAL TO THE
**DISTRICT OF COLUMBIA**

(Rule 40, F.R.C.P.)

EASTERN DISTRICT OF NEW YORK, SS:

      NATHAN TUCKER, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

      Upon information and belief, on January 23, 1996, an arrest warrant was issued by the United States District Court for the District of Columbia for the defendant JASPER L. DOCKERY, based upon an indictment charging the defendant with, among other things, first degree murder, in violation of 22 D.C. Code § 2401.

      (Rule 40, Federal Rules of Criminal Procedure)

      The source of your deponent's information and the grounds for his belief are:

      1. I have received a copy of the arrest warrant and indictment from the District of Columbia, which are attached hereto and incorporated by reference.

      2. On January 23, 1996, an arrest warrant was issued for the defendant JASPER L. DOCKERY by the District Court for the

2

District of Columbia, predicated upon the charges set forth
against the defendant in an indictment. The indictment charged
the defendant with first degree murder.

3. On February 6, 1996, the defendant was arrested at
his residence, 2127 Pitkin Avenue, Brooklyn, New York. That is
the same address as was listed on the aforementioned arrest
warrant.

4. After the defendant's arrest, DOCKERY was brought
to the FBI office where two law enforcement officers from
Washington who investigated the murder were waiting. These
officers have, in fact, been involved in prior Washington, D.C.
arrests of the same Jasper L. Dockery against whom the
aforementioned arrest warrant was issued. These agents report
that the Jasper L. Dockery that they have known from these
previous arrests and whom they know to be the Jasper L. Dockery
named in the attached arrest warrant is the defendant JASPER L. DOCKERY.

3

WHEREFORE, your deponent respectfully requests that the defendant JASPER L. DOCKERY be removed to the District of Columbia so that she may be dealt with according to law.

NATHAN TUCKER
Federal Bureau of Investigation

Sworn to before me this
7th day of February, 1996

UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

Exhibit "A"

### SUPERIOR COURT

#### OF THE

#### DISTRICT OF COLUMBIA

#### Holding a Criminal Term

#### Grand Jury Sworn in on July 10, 1995

| | |
|---|---|
| THE UNITED STATES OF AMERICA : | D.C. Superior Court Case #F153-96 |
| v. : | |
| : | Violation:     22 D.C. Code |
| COREY BULLOCK : | 2401, 3202; |
| PDID 455-280; : | 22 D.C. Code 501, |
| JASPER LLOYD DOCKERY : | 3202; 22 D.C. |
| aka "Jamaican Tee" and "Tee" : | Code 3204(b); |
| PDID 416-584. : | 22 D.C. Code |
| : | 3204(a); 22 D.C. |
| : | Code 105(a); |
| : | 22 D.C. Code |
| : | 722(a)(2)(A) |

(First Degree Murder While Armed (Premeditated); Assault With Intent To Kill While Armed; Possession Of a Firearm During Crime Of Violence Or Dangerous Offense; Carrying a Pistol Without a License); Conspiracy; Obstruction of Justice)

The Grand Jury charges:

**FIRST COUNT:**

Corey Bullock, Jasper Lloyd Dockery, also known as "Jamaican Tee" and "Tee," and other persons whose identities are unknown to the grand jury, within the District of Columbia, while armed with firearms, purposely and with deliberate and premeditated malice, killed Melvin Lorenso Jones, by shooting him with firearms on or about April 15, 1995, thereby causing injuries from which Melvin Lorenso Jones died on or about May 12, 1995. (First Degree Murder While Armed (Premeditated), in violation of 22 D.C. Code, Section 2401, 3202)

**SECOND COUNT:**

On or about April 15, 1995, within the District of Columbia, Corey Bullock, Jasper Lloyd Dockery, also known as "Jamaican Tee" and "Tee," and other persons whose identities are unknown to the grand jury, while armed with firearms assaulted Eugene Smith, aka Gino, with intent to kill Eugene Smith, aka Gino. (Assault With Intent To Kill While Armed, in violation of 22 D.C. Code, Section 501, 3202)

**THIRD COUNT:**

On or about April 15, 1995, within the District of Columbia, Corey Bullock, Jasper Lloyd Dockery, also known as "Jamaican Tee" and "Tee," and other persons whose identities are unknown to the grand jury, while armed with firearms assaulted Troy Lee Smith, with intent to kill Eugene Smith, aka Gino. (Assault With Intent To Kill While Armed, in violation of 22 D.C. Code, Section 501, 3202)

**FOURTH COUNT:**

On or about April 15, 1995, within the District of Columbia, Corey Bullock, Jasper Lloyd Dockery, also known as "Jamaican Tee" and "Tee," and other persons whose identities are unknown to the grand jury, while armed with firearms assaulted Emanuel McIver, aka Bey, with intent to kill Eugene Smith, aka Gino. (Assault With Intent To Kill While Armed, in violation of 22 D.C. Code, Section 501, 3202)

**FIFTH COUNT:**

On or about April 15, 1995, within the District of Columbia, Corey Bullock, Jasper Lloyd Dockary, also known as "Jamaican Tee" and "Tee," and other persons whose identities are unknown the grand jury did possess firearms, that is, pistols or imitations thereof, while committing the crimes of murder and assault as set forth in the first, second, third, and fourth counts of this indictment.  (Possession Of a Firearm During Crime Of Violence Or Dangerous Offense, in violation of 22 D.C. Code, Section 3204(b))

**SIXTH COUNT:**

On or about April 15, 1995, within the District of Columbia, Corey Bullock did carry, openly and concealed on or about his person, a pistol, without a license therefor issued as provided by law.  (Carrying a Pistol Without a License, in violation of 22 D.C. Code, Section 3204(a))

**SEVENTH COUNT:**

On or about April 15, 1995, within the District of Columbia, Jasper Lloyd Dockary, also known as "Jamaican Tee" and "Tee," did carry, openly and concealed on or about his person, a pistol, without a license therefor issued as provided by law.  (Carrying a Pistol Without a License, in violation of 22 D.C. Code, Section 3204(a))

**EIGHTH COUNT:**

Between on or about June 15, 1995 and August 15, 1995, within the District of Columbia, Corey Bullock, Jasper Lloyd Dockary, also known as "Jamaican Tee" and "Tee," and others known to the grand jury, unlawfully, feloniously, wilfully, and

knowingly did conspire and agree together to commit criminal offenses in the District of Columbia in violation of 22 D.C. Code, Sections 722, 2511 and 2512.

## OBJECT OF THE CONSPIRACY

It was part of the conspiracy that Corey Bullock, Jasper Lloyd Dockery, also known as "Jamaican Tee" and "Tee," and others known to the grand jury, would present false testimony and procure other persons to present false testimony at the preliminary hearing and before the grand jury in a first-degree murder case pending against Corey Bullock, United States v. Corey Bullock, F4124-95.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the following overt acts, among others, were committed in the District of Columbia.

1.    On or about June 20, 1995, Jasper Lloyd Dockery, also known as "Jamaican Tee" and "Tee," Michael C. Burns, and Willie Edward Ford, and others known to the grand jury, met together at the apartment of Jasper Lloyd Dockery to script out false testimony which Michael C. Burns and Willie Edward Ford would later present at the June 23, 1995 preliminary hearing in a murder case against Corey Bullock, United States v. Corey Bullock, F4124-95;

2.    On or about June 20, 1995, Jasper Lloyd Dockery, also known as "Jamaican Tee" and "Tee," instructed Michael C. Burns, Willie Edward Ford, and others known to the grand jury, to falsely testify at the June 23, 1995 preliminary hearing in

United States v. Corey Bullock, F4124-95, that they were eyewitnesses to the murder with which Corey Bullock was charged and that Corey Bullock was not inside the car from which the shots were fired;

3.   On or about June 21 or 22, 1995, Jasper Lloyd Dockery, also known as "Jamaican Tee" and "Tee," spoke to Corey Bullock on the telephone and told him the names of the witnesses who had agreed to testify falsely for the defense at the June 23, 1995 preliminary hearing in United States v. Corey Bullock, F4124-95;

4.   On or about June 23, 1995, Willie Edward Ford, and others known to the grand jury, provided false testimony at the preliminary hearing of Corey Bullock in United States v. Corey Bullock, F4124-95, in an attempt to convince the Superior Court judge that Corey Bullock did not participate in the murder;

5.   On or about June 23, 1995, Michael C. Burns, and others known to the grand jury, provided false testimony at the preliminary hearing of Corey Bullock in United States v. Corey Bullock, F4124-95, in an attempt to convince the Superior Court judge that Corey Bullock did not participate in the murder;

6.   Between on or about June 24, 1995 and August 15, 1995, Jasper Lloyd Dockery, also known as "Jamaican Tee" and "Tee," and others at his instruction, repeatedly made visits to the home of Willie Edward Ford to persuade Willie Edward Ford to not change his story and to not admit to the grand jury in United States v. Corey Bullock, F4124-95, that the testimony given by Willie Edward Ford and Michael C. Burns at the June 23, 1995 preliminary hearing was untrue;

7.    Between on or about June 24, 1995 and August 15, 1995, Jasper Lloyd Dockery, also known as "Jamaican Tee" and "Tee," and others at his instruction, repeatedly made visits to the home of Willie Edward Ford in an attempt to persuade Ford's mother, Deborah Stokes, to provide false testimony before the grand jury in <u>United States v. Corey Bullock</u>, F4124-95, which would corroborate the false testimony originally provided by Willie Edward Ford;

(Conspiracy, in violation of 22 D.C. Code, Section 105(a))

NINTH COUNT:

On or about July 22, 1995, within the District of Columbia, Jasper Lloyd Dockery, also known as "Jamaican Tee" and "Tee," and others known to the grand jury, willfully endeavored by means of intimidation, physical force, threatening communication, and corrupt persuasion, to influence, delay and prevent the truthful testimony of Margaret Smith in an official proceeding in the case of <u>United States v. Corey Bullock</u>, Case Number F-4124-95, then pending in the Superior Court of the District of Columbia.

(Obstruction of Justice, in violation of 22 D.C. Code 722(a)(2)(A))

**TENTH COUNT:**

On or about July 22, 1995, within the District of Columbia, Jasper Lloyd Dockery, also known as "Jamaican Tee" and "Tee," and others known to the grand jury, willfully endeavored by means of intimidation, physical force, threatening communication, and corrupt persuasion, to influence, delay and prevent the truthful testimony of Troy Smith in an official proceeding in the case of United States v. Corey Bullock, Case Number F-4124-95, then pending in the Superior Court of the District of Columbia. (Obstruction of Justice, in violation of 22 D.C. Code 722(a)(2)(A))

**ELEVENTH COUNT:**

On August 11, 1995, within the District of Columbia, Jasper Lloyd Dockery, also known as "Jamaican Tee" and "Tee," and others known to the grand jury, willfully endeavored by means of intimidation, physical force, threatening communication, and corrupt persuasion, to influence, delay and prevent the truthful testimony of Deborah Stokes in an official proceeding in the case of United States v. Corey Bullock, Case Number F-4124-95, then pending in the Superior Court of the District of Columbia. (Obstruction of Justice, in violation of 22 D.C. Code 722(a)(2)(A))

**TWELFTH COUNT:**

On August 11, 1995, within the District of Columbia, Jasper Lloyd Dockery, also known as "Jamaican Tee" and "Tee," and others known to the grand jury, willfully endeavored by means of intimidation, physical force, threatening communication, and

corrupt persuasion, to influence, delay and prevent the truthful testimony of Willie Edward Ford in an official proceeding in the case of <u>United States v. Corey Bullock</u>, Case Number F-4124-95, then pending in the Superior Court of the District of Columbia. (Obstruction of Justice, in violation of 22 D.C. Code 722(a)(2)(A))

Eric H. Holder, Jr. /DSF

Attorney of the United States in and for the District of Columbia

A TRUE BILL:

Foreperson

A TRUE COPY
ATTEST                    JAN - 9 1998

DATED
ROBERT C. HEINEMANN
                                            CLERK
BY                        DEPUTY CLERK



*EX#1*

1996 FEL 000536      United States  Vs.  DOCKERY, JASPER L

```
Search Criteria
 Docket Entry                          Begin Date          SortDescending
 Images        All Dockets            End Date
 Participant
Display OptionExclude Non Display Dockets
```

Search Results

| Docket Date | Reference | Description | Amt Dism/Credit | Amt Owed/ Amount Due |
|---|---|---|---|---|
| 1/15/2006 | | **CONVERTED RECEIPT HISTORY AS OF 2006-01-15** 2005-03-25:   RECEIPT #: Z0807884   AMOUNT: $25.00   CAN NUM: 4668   TENDER: Check   CHECK #: 6901   FROM: DOCKERY, JASPER | | |
| 10/29/2004 | | JUDGE: ABRECHT    , MARY   DEFENSE ATTY: GILBERT RICHARD K   SENTENCED: 1   COUNT: 1   TYPE:CONFINEMENT ONLY   COMMENT:MODIFICATION OF ORIGINAL   CONFINEMENT: 030 Y / LIF E    CONF. SUSP: / | | |
| 10/7/2004 | | MOTION FILED BY: GOVERNMENT    TYPE: PRE-TRIAL   DESC: GOVT'S RESPONSE TO THE COURT'S 9/3/04 ORDE CONCERNING RESENTENCING.   OPPOSITION FILED: 00-00-0000    HEARING DATE: 00-00-0000    DISP:   DISP DATE: 00-00-0000 | | |
| 10/1/2004 | | MOTION FILED BY: DEFENSE    TYPE: PRE-TRIAL   DESC: RESPONSE TO ORDER FOR RESENTENCING   OPPOSITION FILED: 00-00-0000    HEARING DATE: 00-00-0000    DISP:   DISP DATE: 00-00-0000 | | |
| 7/14/2004 | | MOTION FILED BY: LEGAL ASSISTANCE    TYPE: OTHER   DESC: REMAND FROM DCCA FOR RE-SENTENCING. CASE SENT TO J ABRECT'S CHAMBERS.   OPPOSITION FILED: 00-00-0000    HEARING DATE: 00-00-0000    DISP:   DISP DATE: 00-00-0000 | | |
| 5/27/2004 | | JUDGE: ABRECHT    , MARY   DEFENSE ATTY:   COMMENT: AN APPEAL THAT WAS FILED ON OCT 30,98 WAS AFFIRMED IN PART ON  5/27/ 4 | | |
| 5/27/2004 | | JUDGE: ABRECHT    , MARY   DEFENSE ATTY:   COMMENT: AN APPEAL THAT WAS FILED ON FEB 4, 2 WAS AFFIRMED IN PART ON  5/27/ 4 | | |
| 2/4/2002 | | JUDGE: ABRECHT    , MARY   DEFENSE ATTY:   COMMENT: AN APPEAL WAS FILED ON FEB  4  ,20 2 BY DEFENSE | | |
| 5/2/2001 | | MOTION FILED BY: GOVERNMENT    TYPE: OTHER | | |

DESC: GOV'S SCHEDULE FOR FILING ITS
RESPONSE TO DEFT'S PRO SE MTN FOR A    NEW
TRIAL PURSUANT TO D.C. CODE SECT 23-110 AND
NEWLY DISCOVERED
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP: GRANTED
    DISP DATE: 05-18-2001

4/10/2001    MOTION FILED BY: DEFENSE    TYPE:
OTHER
DESC: PRO SE MTN PURSUANT TO D.C. CODE
SECT. 23-110 IN VIOLATION OF ASSIST. OF
COUNSEL, AND NEWLY DISCOVERED EVIDENCE, FOR
NEW TRIAL OR DISMISSAL.
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP: DENIED
    DISP DATE: 01-14-2002

10/30/1998    JUDGE: ABRECHT    , MARY
DEFENSE ATTY: GILBERT    ,
RICHARD K
SENTENCED:    1    2    3    4 | 5    6    7    8
    9   10
BOND STATUS: DOCK (LOCK UP)
    99999999    BOND CASH PCT:
BOND ACTION CODE:
COUNT: 1
TYPE:LIFE
COUNT: 2
TYPE:CONFINEMENT ONLY
CONFINEMENT: 005 Y / 015 Y    CONF. SUSP:
    /
COUNT: 3
TYPE:CONFINEMENT ONLY
CONFINEMENT: 005 Y / 015 Y    CONF. SUSP:
    /
COUNT: 4
TYPE:CONFINEMENT ONLY
CONFINEMENT: 005 Y / 015 Y    CONF. SUSP:
    /
COUNT: 5
TYPE:CONFINEMENT ONLY
CONFINEMENT: 005 Y / 015 Y    CONF. SUSP:
    /
COUNT: 6
TYPE:CONFINEMENT ONLY
CONFINEMENT: 005 Y / 015 Y    CONF. SUSP:
    /
COUNT: 7
TYPE:CONFINEMENT ONLY
CONFINEMENT: 005 Y / 015 Y    CONF. SUSP:
    /
COUNT: 8
TYPE:CONFINEMENT ONLY
CONFINEMENT: 005 Y / 015 Y    CONF. SUSP:
    /
COUNT: 9
TYPE:CONFINEMENT ONLY
CONFINEMENT: 005 Y / 015 Y    CONF. SUSP:
    /
COUNT: 10
TYPE:CONFINEMENT ONLY
CONFINEMENT: 001 Y /    CONF. SUSP:
    /

10/30/1998    JUDGE: ABRECHT    , MARY
DEFENSE ATTY:    ,
COMMENT: AN APPEAL WAS FILED ON OCT 30
,1998 BY PRO SE

10/2/1998    JUDGE: ABRECHT    , MARY
DEFENSE ATTY: GILBERT    ,
RICHARD K
CONTINUED:    1    2    3    4    5    6    7    8
    9   10
    CONT. DATE: 10-30-1998  FOR:
SENTENCING
BOND STATUS: DOCK (LOCK UP)
    99999999    BOND CASH PCT:

2

DEFENSE ATTY: GILBERT
RICHARD K
CONTINUED:    1    2    3    4    5    6    7    8
9  10
                    CONT. DATE: 08-24-1998  FOR:
JURYTRIAL
BOND STATUS: DOCK (LOCK UP)
      99999999      BOND CASH PCT:
BOND ACTION CODE:

7/29/1998    JUDGE: ABRECHT           , MARY
DEFENSE ATTY: GILBERT                  ,
RICHARD K
BOND STATUS: DOCK (LOCK UP)
      99999999      BOND CASH PCT:
BOND ACTION CODE:

7/28/1998    JUDGE: ABRECHT           , MARY
DEFENSE ATTY: GILBERT                  ,
RICHARD K
BOND STATUS: DOCK (LOCK UP)
      99999999      BOND CASH PCT:
BOND ACTION CODE:

7/27/1998    JUDGE: ABRECHT           , MARY
DEFENSE ATTY: GILBERT                  ,
RICHARD K
BOND STATUS: DOCK (LOCK UP)
      99999999      BOND CASH PCT:
BOND ACTION CODE:

7/24/1998    JUDGE: ABRECHT           , MARY
DEFENSE ATTY: GILBERT                  ,
RICHARD K
BOND STATUS: DOCK (LOCK UP)
      99999999      BOND CASH PCT:
BOND ACTION CODE:

7/22/1998    JUDGE: ABRECHT           , MARY
DEFENSE ATTY: GILBERT                  ,
RICHARD K
BOND STATUS: DOCK (LOCK UP)
      99999999      BOND CASH PCT:
BOND ACTION CODE:

7/16/1998    MOTION FILED BY: GOVERNMENT        TYPE:
PRE-TRIAL
DESC: DEFENDANT JASPER DOCKERY'S MOTION TO
EXCLUDE EXPERT TESTIMONY
OPPOSITION FILED: 08-17-1998    HEARING
DATE: 00-00-0000    DISP:
    DISP DATE: 00-00-0000

7/16/1998    MOTION FILED BY: GOVERNMENT        TYPE:
PRE-TRIAL
DESC: DEFENDANT JASPER DOCKERY'S RENEWED
MOTION TO CONTINUE TRIAL
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP:
    DISP DATE: 00-00-0000

7/16/1998    JUDGE: ABRECHT           , MARY
DEFENSE ATTY: GILBERT                  ,
RICHARD K
BOND STATUS: DOCK (LOCK UP)
      99999999      BOND CASH PCT:
BOND ACTION CODE:

7/15/1998    JUDGE: ABRECHT           , MARY
DEFENSE ATTY: GILBERT                  ,
RICHARD K
CONTINUED:    1    2    3    4    5    6    7    8
9  10
                    CONT. DATE: 07-16-1998  FOR:
JURYTRIAL
BOND STATUS: DOCK (LOCK UP)
      99999999      BOND CASH PCT:
BOND ACTION CODE:

6/12/1998    MOTION FILED BY: DEFENSE           TYPE:
PRE-TRIAL
DESC: MTN TO CONT. TRIAL.
OPPOSITION FILED: 06-18-1998    HEARING
DATE: 00-00-0000    DISP:
    DISP DATE: 00-00-0000

6/17/1998    MOTION FILED BY: GOVERNMENT    TYPE:
PRE-TRIAL
DESC: GOVT'S MTN FOR IMMEDIATE ISSUANCE OF
ORDER REQUIRING DEFT TO SUPPLY
HANDWRITING EXEMPLARS.
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP:
DISP DATE: 00-00-0000

6/10/1998    MOTION FILED BY: DEFENSE    TYPE:
OTHER
DESC: NOTICE OF FILING OF DEFT'S PRO SE
MTN. TO SUPPL. PREVIOUSLY FILED
MTN.SUPPRESS STATEMENTS.
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP:
DISP DATE: 00-00-0000

6/10/1998    MOTION FILED BY: DEFENSE    TYPE:
PRE-TRIAL
DESC: NOTICE OF FILING OF DEFT'S PRO SE
MTN. TO SUPPL. PREVIOUSLY FILED
MTN.SUPPRESS STATEMENTS.
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP:
DISP DATE: 00-00-0000

6/10/1998    MOTION FILED BY: DEFENSE    TYPE:
PRE-TRIAL
DESC: NOTICE OF FILING OF DEFT'S PRO SE
MTN. TO SUPPL. PREVIOUSLY FILED
MTN.SUPPRESS STATEMENTS.
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP:
DISP DATE: 00-00-0000

5/19/1998    MOTION FILED BY: DEFENSE    TYPE:
PRE-TRIAL
DESC: NOTICE OF FILING OF DEFT'S PRO SE MTN
FOR APPT. OF SECOND COUNSEL.
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP: DENIED
DISP DATE: 05-26-1998

4/7/1998    JUDGE: ABRECHT    , MARY
DEFENSE ATTY: GILBERT ,
RICHARD K
CONTINUED:   1   2   3   4   5   6   7   8
9 10
CONT. DATE: 07-14-1998   FOR:
JURYTRIAL
BOND STATUS: DOCK (LOCK UP)
99999999    BOND CASH PCT:
BOND ACTION CODE:

4/7/1998    JUDGE: ABRECHT    , MARY
DEFENSE ATTY: GILBERT ,
RICHARD K
BOND STATUS: DOCK (LOCK UP)
99999999    BOND CASH PCT:
BOND ACTION CODE:

4/3/1998    JUDGE: ABRECHT    , MARY
DEFENSE ATTY: GILBERT ,
RICHARD K
CONTINUED:   1   2   3   4   5   6   7   8
9 10
CONT. DATE: 04-06-1998   FOR:
JURYTRIAL
BOND STATUS: DOCK (LOCK UP)
99999999    BOND CASH PCT:
BOND ACTION CODE:

3/26/1998    MOTION FILED BY: DEFENSE    TYPE:
PRE-TRIAL
DESC: SUPPL. MEMO. IN SUPPORT OF DEFT'S OPP
TO GOVT'S MTN TO INTRODUCE   EVIDENCE OF
OTHER CRIME.S.
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP:
DISP DATE: 00-00-0000

3/26/1998    MOTION FILED BY: DEFENSE    TYPE:
PRE-TRIAL

```
                      DESC: TH(      SUPPL MEMO OF PTS. AND AUTH. IN
                      SUPPORT OF DEFT'S MTN TO          SUPPRESS
                      STATEMENTS.
                      OPPOSITION FILED: 00-00-0000    HEARING
                      DATE: 00-00-0000    DISP:
                       DISP DATE: 00-00-0000
 2/10/1998            MOTION FILED BY: GOVERNMENT         TYPE:
                      PRE-TRIAL
                      DESC: GOVT'S SUPPL. MEMO. IN OPP TO DEFT.
                      DOCKERY'S MTN TO SUPPRESS
                      STATEMENTS.
                      OPPOSITION FILED: 00-00-0000    HEARING
                      DATE: 00-00-0000    DISP:
                       DISP DATE: 00-00-0000
 1/12/1998            JUDGE: ABRECHT          , MARY
                      DEFENSE ATTY: GILBERT                ,
                      RICHARD K
                      CONTINUED:   1   2   3   4   5   6   7   8
                       9  10
                                   CONT. DATE: 04-03-1998  FOR:
                      JURYTRIAL
                      BOND STATUS: DOCK (LOCK UP)
                          99999999    BOND CASH PCT:
                      BOND ACTION CODE:
 12/3/1997            JUDGE: ABRECHT          , MARY
                      DEFENSE ATTY: GILBERT                ,
                      RICHARD K
                      CONTINUED:   1   2   3   4   5   6   7   8
                       9  10
                                   CONT. DATE: 01-12-1998  FOR:
                      JURYTRIAL
                      BOND STATUS: DOCK (LOCK UP)
                          99999999    BOND CASH PCT:
                      BOND ACTION CODE:
 11/3/1997            JUDGE: ABRECHT          , MARY
                      DEFENSE ATTY: GILBERT                ,
                      RICHARD K
                      CONTINUED:   1   2   3   4   5   6   7   8
                       9  10
                                   CONT. DATE: 12-03-1997  FOR:
                      JURYTRIAL
                      BOND STATUS: DOCK (LOCK UP)
                          99999999    BOND CASH PCT:
                      BOND ACTION CODE:
 10/30/1997           MOTION FILED BY: DEFENSE            TYPE:
                      PRE-TRIAL
                      DESC: MTN TO CONT. TRIAL.
                      OPPOSITION FILED: 00-00-0000    HEARING
                      DATE: 00-00-0000    DISP:
                       DISP DATE: 00-00-0000
 10/6/1997            MOTION FILED BY: DEFENSE            TYPE:
                      PRE-TRIAL
                      DESC: MTN TO SUPPRESS  STATEMENTS.
                      OPPOSITION FILED: 10-23-1997    HEARING
                      DATE: 00-00-0000    DISP:
                       DISP DATE: 00-00-0000
 10/6/1997            MOTION FILED BY: DEFENSE            TYPE:
                      PRE-TRIAL
                      DESC: MTN TO SUPPRESS I.D.
                      OPPOSITION FILED: 10-23-1997    HEARING
                      DATE: 00-00-0000    DISP:
                       DISP DATE: 00-00-0000
 10/6/1997            MOTION FILED BY: DEFENSE            TYPE:
                      PRE-TRIAL
                      DESC: MTN TO SUPPRESS TANGIBLE EVIDENCE
                      OPPOSITION FILED: 10-23-1997    HEARING
                      DATE: 00-00-0000    DISP:
                       DISP DATE: 00-00-0000
 10/1/1997            MOTION FILED BY: DEFENSE            TYPE:
                      PRE-TRIAL
                      DESC: MTN TO LATE FILE MTNS.
                      OPPOSITION FILED: 00-00-0000    HEARING
                      DATE: 00-00-0000    DISP: GRANTED
                       DISP DATE: 05-02-1997
 8/1/1997             MOTION FILED BY: DEFENSE            TYPE:
```

```
                    PRE-TRIA
                    DESC: DEFENDANTS JASPER LLOYD DOCKERYS MTN
                    FOR HEARING ON MTN TO APPOINT    COUNSEL
                    OPPOSITION FILED: 00-00-0000    HEARING
                    DATE: 00-00-0000    DISP:
                     DISP DATE: 00-00-0000
5/23/1997           JUDGE: ABRECHT          , MARY
                    DEFENSE ATTY: RUDASILL           , JAMES
                    W
                    CONTINUED:   1   2   3   4   5   6   7   8
                    9  10
                              CONT. DATE: 11-03-1997  FOR:
                    JURYTRIAL
                    BOND STATUS: DOCK (LOCK UP)
                        99999999    BOND CASH PCT:
                    BOND ACTION CODE:
4/21/1997           MOTION FILED BY: DEFENSE             TYPE:
                    POST-TRIAL
                    DESC: MTN TO SEVER DEFT'S
                    OPPOSITION FILED: 05-07-1997   HEARING
                    DATE: 00-00-0000    DISP: DENIED
                     DISP DATE: 06-19-1997
4/18/1997           JUDGE: ABRECHT          , MARY
                    DEFENSE ATTY: RUDASILL           , JAMES
                    W
                    CONTINUED:   1   2   3   4   5   6   7   8
                    9  10
                              CONT. DATE: 05-23-1997  FOR:
                    STATUS HEARING
                    BOND STATUS: DOCK (LOCK UP)
                        99999999    BOND CASH PCT:
                    BOND ACTION CODE:
4/3/1997            MOTION FILED BY: GOVERNMENT          TYPE:
                    PRE-TRIAL
                    DESC: GOVT'S UNOPPOSED MOTION TO ADVANCE
                    TRAIL DATE AND SCHEDULE           STATUS
                    HEARING.
                    OPPOSITION FILED: 00-00-0000   HEARING
                    DATE: 00-00-0000    DISP:
                     DISP DATE: 00-00-0000
4/1/1997            JUDGE: ABRECHT          , MARY
                    DEFENSE ATTY: RUDASILL           , JAMES
                    W
                    CONTINUED:   1   2   3   4   5   6   7   8
                    9  10
                              CONT. DATE: 09-24-1997  FOR:
                    JURYTRIAL
                    BOND STATUS: DOCK (LOCK UP)
                        99999999    BOND CASH PCT:
                    BOND ACTION CODE:
3/14/1997           MOTION FILED BY: DEFENSE             TYPE:
                    OTHER
                    DESC: MTN TO CONT. TRIAL
                    OPPOSITION FILED: 00-00-0000   HEARING
                    DATE: 00-00-0000    DISP:
                     DISP DATE: 00-00-0000
12/10/1996          MOTION FILED BY: DEFENSE             TYPE:
                    OTHER
                    DESC: PRO SE MTN TO APPEAL DECISION FOR
                    APPT. OF COUNSEL.
                    OPPOSITION FILED: 00-00-0000   HEARING
                    DATE: 00-00-0000    DISP:
                     DISP DATE: 00-00-0000
11/4/1996           JUDGE: ABRECHT          , MARY
                    DEFENSE ATTY: RUDASILL           , JAMES
                    W
                    CONTINUED:   1   2   3   4   5   6   7   8
                    9  10
                              CONT. DATE: 04-01-1997  FOR:
                    JURYTRIAL
                    BOND STATUS: DOCK (LOCK UP)
                        99999999    BOND CASH PCT:
                    BOND ACTION CODE:
10/26/1996          MOTION FILED BY: DEFENSE             TYPE:
                    OTHER
```

```
                        DESC: SUBJ. TO GOVT'S OPP TO DEFT'S PRO SE
                        ·MTN TO SET ASIDE SENT AND      CONVICTION
                        BASED ON NEWLY DISCOVERED EVIDENCE AND D.C.
                        SECT. 23-110
                        OPPOSITION FILED: 00-00-0000    HEARING
                        DATE: 00-00-0000    DISP:
                          DISP DATE: 00-00-0000
8/30/1996               JUDGE: BURNETT          , ARTHUR
                        DEFENSE ATTY: RUDASILL         , JAMES
                        W
                        CONTINUED:   1   2   3   4   5   6   7   8
                          9  10
                                     CONT. DATE: 11-04-1996  FOR:
                        STATUS HEARING
                        BOND STATUS: DOCK (LOCK UP)
                            99999999     BOND CASH PCT:
                        BOND ACTION CODE:
8/21/1996               JUDGE: BURNETT          , ARTHUR
                        DEFENSE ATTY: RUDASILL         , JAMES
                        W
                        CONTINUED:   1   2   3   4   5   6   7   8
                          9  10
                                     CONT. DATE: 10-21-1996  FOR:
                        JURYTRIAL
                        BOND STATUS: DOCK (LOCK UP)
                            99999999     BOND CASH PCT:
                        BOND ACTION CODE:
8/6/1996                MOTION FILED BY: GOVERNMENT        TYPE:
                        PRE-TRIAL
                        DESC: GOVT'S MOTION TO CONT. STATUS HEARING.
                        OPPOSITION FILED: 00-00-0000    HEARING
                        DATE: 00-00-0000    DISP:
                          DISP DATE: 00-00-0000
8/6/1996                JUDGE: BURNETT          , ARTHUR
                        DEFENSE ATTY: RUDASILL         , JAMES
                        W
                        CONTINUED:   1   2   3   4   5   6   7   8
                          9  10
                                     CONT. DATE: 08-21-1996  FOR:
                        STATUS HEARING
                        BOND STATUS: DOCK (LOCK UP)
                            99999999     BOND CASH PCT:
                        BOND ACTION CODE:
8/2/1996                MOTION FILED BY: DEFENSE          TYPE:
                        PRE-TRIAL
                        DESC: PRO SE MOTION FOR APPT. OF NEW
                        COUNSEL.
                        OPPOSITION FILED: 00-00-0000    HEARING
                        DATE: 00-00-0000    DISP:
                          DISP DATE: 00-00-0000
7/25/1996               MOTION FILED BY: DEFENSE          TYPE:
                        PRE-TRIAL
                        DESC: PRO SE MOTION FOR APPOINTMENT OF NEW
                        COUNSEL
                        OPPOSITION FILED: 00-00-0000    HEARING
                        DATE: 00-00-0000    DISP:
                          DISP DATE: 00-00-0000
7/17/1996               JUDGE: BURNETT          , ARTHUR
                        DEFENSE ATTY: RUDASILL         , JAMES
                        W
                        CONTINUED:   1   2   3   4   5   6   7   8
                          9  10
                                     CONT. DATE: 08-09-1996  FOR:
                        STATUS HEARING
                        BOND STATUS: DOCK (LOCK UP)
                            99999999     BOND CASH PCT:
                        BOND ACTION CODE:
6/20/1996               JUDGE: BURNETT          , ARTHUR
                        DEFENSE ATTY: RUDASILL         , JAMES
                        W
                        CONTINUED:   1   2   3   4   5   6   7   8
                          9  10
                                     CONT. DATE: 07-17-1996  FOR:
                        STATUS HEARING
                        BOND STATUS: DOCK (LOCK UP)
```

```
                        . BOND ACTION CODE:
 5/17/1996              JUDGE: BURNETT           , ARTHUR
                        DEFENSE ATTY: RUDASILL            , JAMES
                        W
                        CONTINUED:   1   2   3   4   5   6   7   8
                        9  10
                                CONT. DATE: 06-19-1996  FOR:
                        STATUS HEARING
                        BOND STATUS: DOCK (LOCK UP)
                           99999999     BOND CASH PCT:
                        BOND ACTION CODE:
 4/5/1996               MOTION FILED BY: DEFENSE          TYPE:
                        PRE-TRIAL
                        DESC: MOTION TO WITHDRAW AS COUNSEL
                        OPPOSITION FILED: 00-00-0000    HEARING
                        DATE: 00-00-0000    DISP: GRANTED
                          DISP DATE: 04-10-1996
 4/2/1996               JUDGE: BURNETT           , ARTHUR
                        DEFENSE ATTY: HOLLIDAY           ,
                        RICHARD E
                        CONTINUED:   1   2   3   4   5   6   7   8
                        9  10
                                CONT. DATE: 10-21-1996  FOR:
                        JURYTRIAL
                        BOND STATUS: DOCK (LOCK UP)
                           99999999     BOND CASH PCT:
                        BOND ACTION CODE:
 3/7/1996               JUDGE: BURNETT           , ARTHUR
                        DEFENSE ATTY: SILVER             ,
                        NATHAN I
                        CONTINUED:   1   2   3   4   5   6   7   8
                        9  10
                                CONT. DATE: 05-17-1996  FOR:
                        STATUS HEARING
                        BOND STATUS: DOCK (LOCK UP)
                           99999999     BOND CASH PCT:
                        BOND ACTION CODE:
 3/1/1996               JUDGE: BURNETT           , ARTHUR
                        DEFENSE ATTY: TO BE ASSIGNED      ,
                        ATTORNEY
                        CONTINUED:   1   2   3   4   5   6   7   8
                        9  10
                                CONT. DATE: 03-07-1996  FOR:
                        STATUS HEARING
                        BOND STATUS: DOCK (LOCK UP)
                           99999999     BOND CASH PCT:
                        BOND ACTION CODE:
 1/24/1996              JUDGE: BURNETT           , ARTHUR
                        DEFENSE ATTY: TO BE ASSIGNED      ,
                        ATTORNEY
                        BOND STATUS: PERSONAL RECOGNIZANCE
                                      BOND CASH PCT:
                        BOND ACTION CODE:
                        BENCH WARRANT ISSUED FOR  OTHERS
```



Ex 2

#1

1996 FEL 000153     United States Vs. DOCKERY, JASPER L

```
Search Criteria
 Docket Entry                          Begin Date          SortDescending
 Images       All Dockets             End Date
 Participant
 Display OptionExclude Non Display Dockets
```

```
Search Results
                                              Amt Owed/
  Docket   Referenc Description          Amt              Amount Due
  Date     e                             Dism/Credit
```

| Docket Date | Reference | Description | Amt Owed/ Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 7/25/2006 | | Crime Victims Compensation Fund | 5,425.00 | 5,425.00 |

1/15/2006         **CONVERTED RECEIPT HISTORY AS OF
                  2006-01-15**
                  2005-04-13:    RECEIPT #:   Z0816618
                                 AMOUNT:      $25.00
                                 CAN NUM:     4668
                                 TENDER:      Check
                                 CHECK #:     1483
                                 FROM:        DOCKERY, JASPER

                  2004-01-29:    RECEIPT #:   Z0613766
                                 AMOUNT:      $25.00
                                 CAN NUM:     4668
                                 TENDER:      Check
                                 CHECK #:     2590
                                 FROM:        DOCKERY, JASPER

                  2002-09-21:    RECEIPT #:   Z0381437
                                 AMOUNT:      $25.00
                                 CAN NUM:     4668
                                 TENDER:      Check
                                 CHECK #:     9767
                                 FROM:        DOCKERY, JASPER

5/5/2004          JUDGE: ABRECHT          , MARY
                  DEFENSE ATTY:                    ,
                  COMMENT: AN APPEAL THAT WAS FILED ON OCT
                  2,98 WAS AFFIRMED ON  5/ 5/ 4
2/7/2001          MOTION FILED BY: DEFENSE         TYPE:
                  OTHER
                  DESC: MOTION TO APPOINT INDEPENDENT COUNSEL.
                  OPPOSITION FILED: 00-00-0000    HEARING
                  DATE: 00-00-0000    DISP: DENIED
                    DISP DATE: 02-13-2001
5/25/2000         MOTION FILED BY: DEFENSE         TYPE:
                  OTHER
                  DESC: PRO SE MOTION FOR INDIGENT
                  APPOINTMENT OF COUNSEL
                  OPPOSITION FILED: 00-00-0000    HEARING
                  DATE: 00-00-0000    DISP: DENIED
                    DISP DATE: 05-09-2000
3/8/1999          MOTION FILED BY: DEFENSE         TYPE:
                  OTHER
                  DESC: MTN TO STAY DECISION ON DEFT'S MTN TO
                  VACATE JUDGEMENT PENDING APPT. OF NEW
                  COUNSEL
                  OPPOSITION FILED: 00-00-0000    HEARING
                  DATE: 00-00-0000    DISP:
                    DISP DATE: 00-00-0000

1/4/1999
MOTION FILED BY: DEFENSE          TYPE:
OTHER
DESC: DEFT'S STATUS REPORT AND UNOPPOSED
MOTION FOR EXTENSION OF TIME IN    WHICH TO
INVESTIGATE AND SZUPPLEMENT DEFENDANT'S MTN
TO VACATE(23-110)
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP: DENIED
   DISP DATE: 05-09-2000

#2

11/19/1998
MOTION FILED BY: DEFENSE          TYPE:
OTHER
DESC: MTN FOR EXT. OF TIME IN WHICH TO
INVESTIGATE AND SUPPLEMENT DEFT'S    MTN TO
VACATE JUDGMENT PURSUANT TO D.C. CODE SECT.
23-110
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP: GRANTED
   DISP DATE: 11-24-1998

11/18/1998
MOTION FILED BY: GOVERNMENT        TYPE:
OTHER
DESC: GOVT'S SCHEDULE FOR FILING ITS
RESPONSE  TO DEFT'S MTN TO VACATE
CONVICTION BASED ON INEFFECTIVE ASSISTANCE
OF COUNSEL
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP:
   DISP DATE: 00-00-0000

10/2/1998
JUDGE: ABRECHT          , MARY
DEFENSE ATTY:                ,
COMMENT: AN APPEAL WAS FILED ON OCT  2
,1998 BY DEFENSE

9/8/1998
MOTION FILED BY: DEFENSE          TYPE:
OTHER
DESC: MTN TO WITHDRAW AS COUNSEL.
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP:
   DISP DATE: 00-00-0000

8/1/1997
MOTION FILED BY: DEFENSE          TYPE:
PRE-TRIAL
DESC: DEFENDANTS JASPER LLOYD DOCKERYS MTN
FOR HEARING ON HEARING TO APOINT COUNSEL
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP:
   DISP DATE: 00-00-0000

4/24/1997
JUDGE: ABRECHT          , MARY
DEFENSE ATTY:                ,
COMMENT: AN APPEAL WAS FILED ON APR 24
,1997 BY DEFENSE

4/24/1997
JUDGE: ABRECHT          , MARY
DEFENSE ATTY:                ,
COMMENT: AN APPEAL THAT WAS FILED ON APR
24,97 WAS AFFIRMED ON  2/10/ 4

4/24/1997
JUDGE: ABRECHT          , MARY
DEFENSE ATTY:                ,
COMMENT: AN APPEAL WAS FILED ON APR 24
,1997 BY DEFENSE

4/21/1997
JUDGE: ABRECHT          , MARY
DEFENSE ATTY: GILBERT            ,
RICHARD K
SENTENCED:   1  2  3  4  5  6  7  8
  9  10  11
BOND STATUS: DOCK (LOCK UP)
   99999999    BOND CASH PCT:
BOND ACTION CODE:
COUNT: 1
TYPE:LIFE
COUNT: 2        CONCUR:OTHER CNTS
TYPE:CONFINEMENT ONLY
COMMENT:MANDATORY MINIMUM APPLIES
CONFINEMENT: 005 Y / 015 Y   CONF. SUSP:
   /
COUNT: 3        CONCUR:OTHER CNTS
TYPE:CONFINEMENT ONLY
COMMENT:MANDATORY MINIMUM APPLIES
CONFINEMENT: 010 Y / 030 Y   CONF. SUSP:

Dispo Request

```
                    COUNT:              CONCUR:OTHER CNTS
                    TYPE:CONFINEMENT ONLY
                    COMMENT:MANDATORY MINIMUM APPLIES
                    CONFINEMENT: 005 Y / 015 Y   CONF. SUSP:
                       /
                    COUNT:  5        CONCUR:OTHER CNTS
                    TYPE:CONFINEMENT ONLY
                    COMMENT:MANDATORY MINIMUM APPLIES
                    CONFINEMENT: 005 Y / 015 Y    CONF. SUSP:
                       /
                    COUNT:  6        CONCUR:OTHER CNTS
                    TYPE:CONFINEMENT ONLY
                    COMMENT:MANDATORY MINIMUM APPLIES
                    CONFINEMENT: 020 M / 060 M    CONF. SUSP:
                       /
                    COUNT:  7        CONCUR:OTHER CNTS
                    TYPE:CONFINEMENT ONLY
                    COMMENT:MANDATORY MINIMUM APPLIES
                    CONFINEMENT: 020 M / 060 M    CONF. SUSP:
                       /
                    COUNT:  8        CONCUR:OTHER CNTS
                    TYPE:CONFINEMENT ONLY
                    COMMENT:MANDATORY MINIMUM APPLIES
                    CONFINEMENT: 005 Y / 015 Y    CONF. SUSP:
                       /
                    COUNT:  9        CONCUR:OTHER CNTS
                    TYPE:CONFINEMENT ONLY
                    COMMENT:MANDATORY MINIMUM APPLIES
                    CONFINEMENT: 005 Y / 015 Y    CONF. SUSP:
                       /
                    COUNT: 10        CONCUR:OTHER CNTS
                    TYPE:CONFINEMENT ONLY
                    COMMENT:MANDATORY MINIMUM APPLIES
                    CONFINEMENT: 005 Y / 015 Y    CONF. SUSP:
                       /
                    COUNT: 11        CONCUR:OTHER CNTS
                    TYPE:CONFINEMENT ONLY
                    COMMENT:MANDATORY MINIMUM APPLIES
                    CONFINEMENT: 005 Y / 015 Y    CONF. SUSP:
                       /
```

#3

```
4/1/1997            JUDGE: ABRECHT          , MARY
                    DEFENSE ATTY: GILBERT                ,
                    RICHARD K
                    CONTINUED:    1   2   3   4   5   6   7   8
                    9  10  11
                              CONT. DATE: 04-18-1997  FOR:
                    SENTENCING
                    BOND STATUS: DOCK (LOCK UP)
                        99999999    BOND CASH PCT:
                    BOND ACTION CODE:
2/10/1997           MOTION FILED BY: DEFENSE           TYPE:
                    PRE-TRIAL
                    DESC: MTN FOR AN ENLARGEMENT OF TIME TO
                    FILE A MTN FOR A NRW TRIAL AND FOR  APPT.
                    OF NEW COUNSEL
                    OPPOSITION FILED: 00-00-0000      HEARING
                    DATE: 00-00-0000    DISP: DENIED
                       DISP DATE: 02-19-1997
2/3/1997            JUDGE: ABRECHT          , MARY
                    DEFENSE ATTY: RUDASILL          , JAMES
                    W
                    CONTINUED:    1   2   3   4   5   6   7   8
                    9  10  11
                              CONT. DATE: 04-01-1997  FOR:
                    REPORT & SENTENCING
                    JUDGMENT:    1   3   2   4   5   6   7   8
                    9  10  11
                    BOND STATUS: DOCK (LOCK UP)
                        99999999    BOND CASH PCT:
                    BOND ACTION CODE:
1/31/1997           JUDGE: ABRECHT          , MARY
                    DEFENSE ATTY: RUDASILL          , JAMES
                    W
                    BOND STATUS: DOCK (LOCK UP)
```

```
                    9999   9     BOND CASH PCT:
                    BOND ACTION CODE:
1/30/1997           JUDGE: ABRECHT            , MARY
                    DEFENSE ATTY: RUDASILL            , JAMES
                    W
                    BOND STATUS: DOCK (LOCK UP)
                        99999999     BOND CASH PCT:
                    BOND ACTION CODE:
1/29/1997           JUDGE: ABRECHT            , MARY
                    DEFENSE ATTY: RUDASILL            , JAMES
                    W
                    BOND STATUS: DOCK (LOCK UP)
                        99999999     BOND CASH PCT:
                    BOND ACTION CODE:
1/28/1997           JUDGE: ABRECHT            , MARY
                    DEFENSE ATTY: RUDASILL            , JAMES
                    W
                    BOND STATUS: DOCK (LOCK UP)
                        99999999     BOND CASH PCT:
                    BOND ACTION CODE:
1/27/1997           JUDGE: ABRECHT            , MARY
                    DEFENSE ATTY: RUDASILL            , JAMES
                    W
                    BOND STATUS: DOCK (LOCK UP)
                        99999999     BOND CASH PCT:
                    BOND ACTION CODE:
1/24/1997           JUDGE: ABRECHT            , MARY
                    DEFENSE ATTY: RUDASILL            , JAMES
                    W
                    BOND STATUS: DOCK (LOCK UP)
                        99999999     BOND CASH PCT:
                    BOND ACTION CODE:
1/23/1997           JUDGE: ABRECHT            , MARY
                    DEFENSE ATTY: RUDASILL            , JAMES
                    W
                    BOND STATUS: DOCK (LOCK UP)
                        99999999     BOND CASH PCT:
                    BOND ACTION CODE:
1/21/1997           JUDGE: ABRECHT            , MARY
                    DEFENSE ATTY: RUDASILL            , JAMES
                    W
                    CONTINUED:   1   2   3   4   5   6   7   8
                     9  10  11
                               CONT. DATE: 01-23-1997  FOR:
                    JURYTRIAL
                    BOND STATUS: DOCK (LOCK UP)
                        99999999     BOND CASH PCT:
                    BOND ACTION CODE:
1/15/1997           JUDGE: ABRECHT            , MARY
                    DEFENSE ATTY: RUDASILL            , JAMES
                    W
                    CONTINUED:   1   2   3   4   5   6   7   8
                     9  10  11
                               CONT. DATE: 01-21-1997  FOR:
                    JURYTRIAL
                    BOND STATUS: DOCK (LOCK UP)
                        99999999     BOND CASH PCT:
                    BOND ACTION CODE:
1/14/1997           JUDGE: ABRECHT            , MARY
                    DEFENSE ATTY: RUDASILL            , JAMES
                    W
                    BOND STATUS: DOCK (LOCK UP)
                        99999999     BOND CASH PCT:
                    BOND ACTION CODE:
1/13/1997           JUDGE: ABRECHT            , MARY
                    DEFENSE ATTY: RUDASILL            , JAMES
                    W
                    BOND STATUS: DOCK (LOCK UP)
                        99999999     BOND CASH PCT:
                    BOND ACTION CODE:
1/10/1997           JUDGE: ABRECHT            , MARY
                    DEFENSE ATTY: RUDASILL            , JAMES
                    W
                    BOND STATUS: DOCK (LOCK UP)
                        99999999     BOND CASH PCT:
```

#4

BOND ACTION CODE:

1/9/1997        JUDGE: ABRECHT          , MARY
                DEFENSE ATTY: RUDASILL           , JAMES
                W
                BOND STATUS: DOCK (LOCK UP)
                    99999999    BOND CASH PCT:
                BOND ACTION CODE:

#5

1/8/1997        JUDGE: ABRECHT          , MARY
                DEFENSE ATTY: RUDASILL           , JAMES
                W
                BOND STATUS: DOCK (LOCK UP)
                    99999999    BOND CASH PCT:
                BOND ACTION CODE:

1/6/1997        JUDGE: ABRECHT          , MARY
                DEFENSE ATTY: RUDASILL           , JAMES
                W
                BOND STATUS: DOCK (LOCK UP)
                    99999999    BOND CASH PCT:
                BOND ACTION CODE:

1/6/1997        JUDGE: ABRECHT          , MARY
                DEFENSE ATTY: RUDASILL           , JAMES
                W
                BOND STATUS: DOCK (LOCK UP)
                    99999999    BOND CASH PCT:
                BOND ACTION CODE:

12/4/1996       JUDGE: ABRECHT          , MARY
                DEFENSE ATTY: RUDASILL           , JAMES
                W
                CONTINUED:   1   2   3   4   5   6   7   8
                9  10  11
                            CONT. DATE: 01-03-1997  FOR:
                JURYTRIAL
                BOND STATUS: DOCK (LOCK UP)
                    99999999    BOND CASH PCT:
                BOND ACTION CODE:

11/25/1996      MOTION FILED BY: DEFENSE           TYPE:
                PRE-TRIAL
                DESC: SUPPLEMENTAL TO MTN TO SUPPRESS
                TANGIBLE EVIDENCE.
                OPPOSITION FILED: 12-02-1996     HEARING
                DATE: 00-00-0000    DISP:
                 DISP DATE: 00-00-0000

11/19/1996      MOTION FILED BY: DEFENSE           TYPE:
                PRE-TRIAL
                DESC: MTN FOR LEAVE TO FILE LATE.
                OPPOSITION FILED: 00-00-0000     HEARING
                DATE: 00-00-0000    DISP:
                 DISP DATE: 00-00-0000

11/18/1996      MOTION FILED BY: DEFENSE           TYPE:
                PRE-TRIAL
                DESC: COMBINED MOTION IN OPPOSITION TO
                GOVT'S MOTION TO INTRODUCE AND       MOTION
                IN LIMINE TO EXCLUDE ORDER EVIDENCE
                OPPOSITION FILED: 00-00-0000     HEARING
                DATE: 00-00-0000    DISP:
                 DISP DATE: 00-00-0000

11/18/1996      MOTION FILED BY: DEFENSE           TYPE:
                PRE-TRIAL
                DESC: MOTION FILED*
                OPPOSITION FILED: 00-00-0000     HEARING
                DATE: 00-00-0000    DISP:
                 DISP DATE: 00-00-0000

11/4/1996       JUDGE: ABRECHT          , MARY
                DEFENSE ATTY: RUDASILL           , JAMES
                W
                CONTINUED:   1   2   3   4   5   6   7   8
                9  10  11
                            CONT. DATE: 12-04-1996  FOR:
                JURYTRIAL
                BOND STATUS: DOCK (LOCK UP)
                    99999999    BOND CASH PCT:
                BOND ACTION CODE:

10/28/1996      MOTION FILED BY: DEFENSE           TYPE:
                PRE-TRIAL
                DESC: MTN FOR CONT.

OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP:
  DISP DATE: 00-00-0000

10/16/1996    MOTION FILED BY: GOVERNMENT          TYPE:
PRE-TRIAL
DESC: GOVT'S SUPPL. OPP TO DEFT'S MTN TO
COMPEL PRODUCTION OF WITNESS'S    NAMES
AND ADDRESSES.
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP: DENIED
  DISP DATE: 10-18-1996

10/11/1996    MOTION FILED BY: DEFENSE          TYPE:
PRE-TRIAL
DESC: MTN TO UNSEAL RECORDS OF FORMER
CO-DEFT. COREY BULLOCK.
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP:
  DISP DATE: 00-00-0000

10/11/1996    MOTION FILED BY: DEFENSE          TYPE:
PRE-TRIAL
DESC: MTN TO SEVER OFFENSES AND MTN FOR
DISMISSAL OF COUNTS SIX
OPPOSITION FILED: 11-01-1996    HEARING
DATE: 00-00-0000    DISP:
  DISP DATE: 00-00-0000

9/27/1996    MOTION FILED BY: DEFENSE          TYPE:
PRE-TRIAL
DESC: MTN FOR AN ENLARGEMENT OF TIME TO
FILE MTNS.
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP:
  DISP DATE: 00-00-0000

9/19/1996    MOTION FILED BY: DEFENSE          TYPE:
PRE-TRIAL
DESC: MTN TO SUPPRESS TANGIBLE EVIDENCE.
OPPOSITION FILED: 11-12-1996    HEARING
DATE: 00-00-0000    DISP:
  DISP DATE: 00-00-0000

9/19/1996    MOTION FILED BY: DEFENSE          TYPE:
PRE-TRIAL
DESC: MTN TO SUPPRESS STATEMENTS.
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP:
  DISP DATE: 00-00-0000

9/19/1996    MOTION FILED BY: DEFENSE          TYPE:
PRE-TRIAL
DESC: MTN TO COMPEL PRODUCTION OF WITNESS'S
NAMES AND ADDRESSES.
OPPOSITION FILED: 10-15-1996    HEARING
DATE: 00-00-0000    DISP:
  DISP DATE: 00-00-0000

8/30/1996    JUDGE: BURNETT          , ARTHUR
DEFENSE ATTY: RUDASILL          , JAMES
W
CONTINUED:    1    2    3    4    5    6    7    8
  9    10    11
              CONT. DATE: 11-04-1996    FOR:
JURYTRIAL
BOND STATUS: DOCK (LOCK UP)
  99999999    BOND CASH PCT:
BOND ACTION CODE:

8/21/1996    JUDGE: BURNETT          , ARTHUR
DEFENSE ATTY: RUDASILL          , JAMES
W
CONTINUED:    1    2    3    4    5    6    7    8
  9    10    11
              CONT. DATE: 10-21-1996    FOR:
JURYTRIAL
BOND STATUS: DOCK (LOCK UP)
  99999999    BOND CASH PCT:
BOND ACTION CODE:

8/7/1996    JUDGE: BURNETT          , ARTHUR
DEFENSE ATTY: RUDASILL          , JAMES
W
CONTINUED:    1    2    3    4    5    6    7    8

(ATTACH PAGE 5-B )
TO ENSURE ACCURACY OF DOCKET ENTRY

a.    To ensure that respondent does not circumvent these issue with
pure speculation and confusion, respondent are permitted to disproved
the petition 2241 contents, by conducted a systematic search to determine
the location of any and all responsive documents listed below.

b.    The specific computer case tracking system utilized in searching
for records listed below is the legal information office network system
(LIONS). Lions tracks all cases and matters opened and closed in the
USAO for the District of Columbia Washington DC Federal and local ***
Governments.

c.    The LIONS database contains filed for the retrieval of information
based on defendant's name, USAO number, and Court case number. The LIONS
system must have a listed of Grand Jury indictments number #F1536-96;
and F153-96 returned in open Washington DC Superior Courthouse.

d.    Respondent can also provide a computer printout of responsive
records(BELOW) if any has been sent to the Federal record Center.

         RESPONSIVE SUBSTANTIATIVE GRAND JURY RECORDS

1.    each dates grand jury convened in indictments #F536-96; and
F153-96 Superior Court of District of Columbia;

2.    the dates grand jury was discharged by the Judge; the name of
the Judge that discharged the grand Jury in indictments #F536-96; and
F153-96 Superior Court of District of Columbia;

3.    the name of the grand Jury foreperson; and deputy foreperson in
indictments #F536-96; and F153-96 Superior Court of District of Columbia;

(PAGE 5-C ).

4.      the number of Jurors concurred; and the number of Jurors voted
to allegedly indict in case #F536-96; and F153-96 Superior Court of
District of Columbia;

5.      the name of Judge indictments return to in open Court in in-
dictments #F536-96; and F153-96 superior Court of District of Columbia;

6.      the dates the Judge appoint one Jorors to be the foreperson and
other to be the deputy foreperson, in indictments #F536-96; and F153-96
Superior Court of the District of Columbia.

7.      the date extension of service was given to grand jury if any
and the expiration date of such extention, in indictments #F536-96;
and F153-96 Superior Court of District of Columbia;

8.      the date in 1996 foreperson of Superior Court sign indictment
F153-96 and incorporated obstruction of justice charge subject of an
alleged August 12, 1995 Affidavit.


        Petitioner has reserved his rights to supplement this petition
if he stumble upon additional new evidence relevant and supportive of
this petition 2241(d). "If respondent failes to produce the above 8
requested computer printout information, petitioner must be released
from prison immediately." Respondent must not be permitted to breaking
people home and kidnapped them under the color of lawenforcement with-
out proper Authorization of law because of people color or race, then
circumvent the evidence because of who they know and who they can call
upon to cover up for them that operate the criminal justice system. then
where is the justice?  or who gets justice in this country?

Page 6

D.   **GROUND FOUR:**

    (a)   Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

9.   If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: These grounds were presented on 23-110 motion but it was inadequate and ineffective because petitioner is challenge the executive department and Authorities.

_____

_____

_____

_____

_____

_____

10.   Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?

       ☐    Yes
       ☒    No

    (a)   If so, give the name and location of the court and case number, if known: _____

_____

_____

_____

11.   Do you have any future sentence to serve after you complete the sentence (or detention) under attack?

       ☐    Yes
       ☒    No

    (a)   If so, give name and location of court which imposed sentence to be served in the future:

_____

_____

Page 7

(b)    And give date and length of sentence to be served in future: __N/A__

(c)    Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

        ☐    Yes

        ☒    No


Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Casper R. Dockery_

Petitioner's Signature

_9/14/06_

Date

*EXH 'F"*

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK
 2                                    1998 JAN 12  P 12: 34

 3    -------------------------X
                              :              CLERK
 4    UNITED STATES OF AMERICA,  :      U.S. DISTRICT COURT
                              :                DISTRICT
                              :      96-M-178
 5          v.                :
                              :      February 7, 1996
 6    JASPER L. DOCKERY,      :
                              :      Brooklyn, New York
                              :              RECEIVED
 7              Defendant.    :            In Chambers
                              :         U.S. Magistrate Judge
 8    -------------------------X           ROBERT LEVY

                                          JAN 1 _ 1998
 9

10       TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
           BEFORE THE HONORABLE ROBERT M. LEVY
11            UNITED STATES MAGISTRATE JUDGE

11    APPEARANCES:

12
      For the Government:         ZACHARY W. CARTER, ESQ.
13                                UNITED STATES ATTORNEY
                                  BY:  ELAINE BANAR, ESQ.
14                                ASSISTANT U.S. ATTORNEY
                                  225 Cadman Plaza East
15                                Brooklyn, New York  11201

16    For the Defendant:          DIANNE T. RENWICK, ESQ.

17

18    Audio Operator:

19
      Court Transcriber:          P.D. TRANSCRIPTIONS
20                                1115 Willow Ave.
                                  Hoboken, New Jersey 07030

21

22

23

24

25    Proceedings recorded by electronic sound recording,
      transcript produced by transcription service
```

1              THE CLERK:  Criminal cause for arraignment, United

2    States versus Jasper Dockery, 96-M-178.

3              State your appearances for the record.

4              MS. RENWICK:  Dianne Renwick of the Federal

5    Defenders representing Jasper Dockery.

6              MS. BANAR:  Elaine Banar for the government.

7              THE COURT:  Agent Nathan Tucker?

8              AGENT TUCKER:  Yes, Your Honor.

9              THE COURT:  Is this your signature on this removal

10   complaint?

11             AGENT TUCKER:  Yes, it is.

12             THE COURT:  Do you swear to the truth of the

13   statements that you made?

14             AGENT TUCKER:  Yes, Your Honor.

15             THE COURT:  Mr. Dockery?

16             THE DEFENDANT:  Yes, Judge.

17             THE COURT:  The purpose of this proceeding today

18   is to make sure you understand your rights, the charges

19   against you and to make a decision whether you should be

20   released on bail pending your removal or transferred --

21   also, there is a question of identity here, whether you have

22   a hearing as to your identity or not on the removal

23   petition, and to decide whether you should be released on

24   bail or allowed to return to the District of Columbia to

25   face charges, if in fact you are the Jasper Dockery who is

1  sought in the indictment in the District of Columbia.

2        You're not required to make any statements.  Any

3  statements you do make could be used against you.  If you

4  made any statements in the past, you don't have to continue

5  making statements.  You can consult with your attorney

6  before you say anything.

7        Do you understand that?

8        THE DEFENDANT:  Yes.

9        THE COURT:  Have you had an opportunity to see the

10  removal complaint and the indictment from the District of

11  Columbia?

12        THE DEFENDANT:  I just got it.  I didn't get a

13  chance to review it, but she read it to me.

14        MS. RENWICK:  Your Honor, I read the entire

15  document, page by page, to Mr. Dockery, and then I gave him

16  his own copy.  I think he means that he didn't get to sit

17  down and look at his own copy, but we went through every

18  page of these documents.

19        THE COURT:  You went through everything.

20        THE DEFENDANT:  Yes.

21        THE COURT:  Do you understand the charges?

22        THE DEFENDANT:  Yes.

23        THE COURT:  First of all, you understand that Ms.

24  Renwick of the Federal Defenders has been appointed by the

25  Court to represent you here and she's your attorney.

1          THE DEFENDANT:  Yes.

2          THE COURT:  Ms. Renwick, have you advised Mr.

3    Dockery of his rights in this proceeding?

4          MS. RENWICK:  Yes, I have.

5          THE COURT:  Have you explained to him what a

6    removal proceeding is and that he has a right to a hearing?

7          MS. RENWICK:  I have explained that, yes, and I'm

8    going to ask Mr. Dockery what he wishes to do.

9          THE DEFENDANT:  I was requesting a two-week

10   postponement, Judge.

11         THE COURT:  Why don't you speak to Ms. Renwick for

12   a second before you speak to me and give me an idea as to

13   what you want.

14              (PAUSE IN PROCEEDINGS)

15         MS. RENWICK:  Mr. Dockery wishes to have a removal

16   hearing.

17         THE COURT:  Let me just advise you of the charges

18   first, so you know.  There is an indictment outstanding

19   against Jasper L. Dockery in the District of Columbia,

20   charging a number of things:  first-degree murder, there are

21   three counts of assault with intent to kill while armed,

22   there are some counts of conspiracy to present false

23   testimony and procure other persons to present false

24   testimony at a preliminary hearing and before a grand jury,

25   in a first-degree murder case and there are counts of

5

1   intimidation of witnesses, et cetera.  There are a number of

2   counts here.

3            You've had an opportunity to discuss these with

4   your attorney?

5            THE DEFENDANT:  Yes.

6            THE COURT:  And you understand what the charges

7   are in the indictment in the District of Columbia?

8            THE DEFENDANT:  Yes.

9            THE COURT:  Ms. Renwick, how long do you need to

10  be prepared for --

11           MS. RENWICK:  I'm ready to proceed.

12           THE COURT:  Alright.

13           MS. RENWICK:  Your Honor, I think the issue is

14  that Mr. Dockery fears for his own life.  He has been shot

15  at and he --

16           THE DEFENDANT:  Not shot at, I've been shot up.

17           MS. RENWICK:  He's been shot, and he fears that

18  the people who are named in the indictment may be

19  incarcerated or may know people who are incarcerated in

20  D.C., and if he is transferred to D.C., that his life is in

21  danger.  He would like to be held in a federal facility, so

22  I think that that's really --

23           THE DEFENDANT:  In Washington, D.C.

24           MS. RENWICK:  The issue here is that Mr. Dockery

25  is not eager to return to the District of Columbia because

1   he fears for his life there.

2           THE COURT:  Does the government have anything to

3   add?

4           MS. BANAR:  Your Honor, the government would not

5   be prepared to go forward with a removal hearing today.  We

6   would have to request and get agents and detectives from

7   Washington, D.C. who are not in New York at this point, and

8   I would have to contact them to find out if they could be in

9   tomorrow or Friday.

10          THE COURT:  Is there a way to arrange for this

11  defendant to be kept in another facility other than a D.C.

12  facility, if that would obviate the need for a removal

13  hearing?

14          MS. BANAR:  If I could have a moment, I could

15  check with the marshals.

16                      (PAUSE IN PROCEEDINGS)

17          MS. BANAR:  Your Honor, in talking to the

18  marshals, it seems to me that probably the best course of

19  action would be to put in a separation order, so the

20  defendant would be -- the marshals would be notified to

21  separate the defendant from his codefendants, based on the

22  fear that the defendant has of his codefendants.  That way

23  they will at least be on notice to make sure that he is

24  separated, either in another facility or in a different area

25  of the prison.  But federal prisons in D.C. would be where

1   the defendant would be going anyway.  So the best I think

2   they can do is to request that he be separated from his

3   codefendants.

4           MS. RENWICK:  My client seems to believe that

5   there are D.C. jails that are separate and apart from

6   federal facilities, the Federal Bureau of Prisons.  I know

7   that's true in every state.  I don't know what the District

8   of Columbia is, but my client has some experience, I think,

9   to support that.

10          THE COURT:  I'm sure he knows more than I do.  I

11  really don't know and I really don't know if there's any way

12  that that can be accommodated.

13          Is there anyone who does know, any way to find

14  out?

15          MS. BANAR:  Your Honor, I could probably check by

16  calling Washington to find out if there is anything once he

17  gets there that they can do, but my understanding is that

18  the separation order would at least advise them of the

19  danger and his concerns, and they would take appropriate

20  action.  But I have to contact D.C. because I really don't

21  know and I get the impression that the marshals don't really

22  know.

23                    (PAUSE IN PROCEEDINGS)

24          THE COURT:  Mr. Dockery, as I'm sure Ms. Renwick

25  has explained to you, there are two decisions that we can

1    make here.  The first decision is whether or not to have a

2    removal hearing for you just on the identity, whether or not

3    you are the Jasper L. Dockery who is charged in this

4    indictment.  We're going to have that hearing soon, if you

5    want it.  It will be very soon.  It probably won't affect

6    when you're sent to the District of Columbia, because it

7    usually takes a week to ten days and you'll probably be sent

8    at the same time, no matter when the hearing is, if in fact

9    you are Jasper Dockery.  So whether or not you have the

10   hearing, unless you really believe that you're not the

11   person charged in the indictment is not going to make a lot

12   of difference about what you're concerned about.

13          The second thing, I think is what you're more

14   concerned about, which is your safety.  What I can do is I

15   can issue what's called a separation order and I can make it

16   very clear that you're concerned for your safety.  The

17   government I think can also say that there are concerns for

18   your safety, if they agree.  That's the most that a court

19   can do right now.  There's no way we can actually be in the

20   facility you're in and protect you 24 hours, but we can at

21   least provide you that protection and say that the Court has

22   ordered that.

23          THE DEFENDANT:  Could you be specific that I be

24   held in the federal facilities, rather than in the D.C.

25   jail, where the problem exists, where the conspiracy exists?

```
 1   It's a wide range of conspiracy, Judge, and it's not going
 2   to go away.  The only thing I want to do is go and face the
 3   judgement that I have to go and face, but I can't face it --
 4   the order that you gave, the prison guard gonna turn their
 5   back and watch them start me up in there.  Police turned
 6   their back and watched them shoot me down like a dog.  I'm
 7   just asking for some kind of -- to be held in -- the federal
 8   jail got a lot of rooms up there.
 9            THE COURT:  I don't know if I write that, if it
10   would even be honored, because I'm not sure that I have
11   jurisdiction to do that.  My jurisdiction is to decide
12   whether or not you're the person charged in the indictment
13   and to decide whether you should be sent back to the
14   District of Columbia.  Once that's done, you'll be delivered
15   to whoever you're supposed to be delivered to at the jail or
16   at a prison, and then they'll decide where to keep you.  I
17   can order that you be separated, to the extent possible, and
18   I can also say, if possible, to be kept in a federal
19   facility.
20            THE DEFENDANT:  That would be good.  I think
21   they'll honor that, Judge.
22            THE COURT:  They may not honor that.
23            THE DEFENDANT:  That would be good.
24   (TAPE OFF.)
25   (TAPE ON.)
```

10

1        THE COURT:  I'm advised that if I order

2   separation, the separation will only be here in New York, so

3   that you'll just be kept in the 24-hour lock-down in New

4   York.  I don't know if you want that.  It sounds like what

5   you're concerned about is what happens in the District of

6   Columbia.

7        THE DEFENDANT:  Yes.

8        THE COURT:  I can put, if possible.  I'm advised

9   by the marshal that they probably won't honor it, but if you

10  want to take the chance, I'll write that down and see what

11  happens.

12       THE DEFENDANT:  As a federal judge, I'm quite sure

13  they will honor your order, Judge.  If you say I'm supposed

14  to be held in the federal facilities in D.C., I'm positive

15  they'll put me right in there.

16       THE COURT:  You have more confidence in my

17  authority than I do.  I'm glad to write that down, if

18  possible, to be held in a federal facility.

19       THE DEFENDANT:  Washington, D.C.

20       THE COURT:  In Washington, D.C.

21       THE DEFENDANT:  Yes.

22       THE COURT:  But you -- do you want to be held in

23  24-hour lock-down in New York?  Do you want the separation

24  order?

25       THE DEFENDANT:  No, I don't have a problem in New

1  York, Judge.  I have a problem in D.C.

2          THE COURT:  So we'll put the separation and

3  request also separation in D.C.

4          THE DEFENDANT:  Yes.

5          THE COURT:  I can't guarantee that it's going to

6  be honored.  That's the best that I can do.

7          MS. RENWICK:  In light of that fact, Your Honor,

8  what Your Honor is willing to do as far as a request to the

9  Bureau of Prisons, Mr. Dockery will waive his removal

10  hearing.

11          THE COURT:  Again, I just want you to understand,

12  I'm not guaranteeing that anybody is going to listen to what

13  I have to say.  Just so you understand that.

14          THE DEFENDANT:  Yes, Judge.

15          THE COURT:  I will write what I said I will write

16  and keep my fingers crossed, but I'm told it may not have

17  any effect.  I don't know what they'll do.

18          THE DEFENDANT:  I'll tell you if I --

19          MS. RENWICK:  Maybe I would only ask if the

20  Assistant could follow up by contacting the Assistant down

21  there and letting them know about -- the Assistant or

22  Assistant District Attorney, whichever it is.

23          MS. BANAR:  I will do that.

24          THE DEFENDANT:  They were within the prison

25  system, Judge.

1    THE COURT:  So let me just write down here -- Mr.

2    Dockery, this is a form for you to review.  It's a waiver of

3    your removal hearing.

4                    (PAUSE IN PROCEEDINGS)

5    THE DEFENDANT:  Judge, can I get a copy of the

6    order that you're going to --

7    THE COURT:  Certainly.  I'm going to read it on

8    the record, too.

9    THE DEFENDANT:  Okay.

10    THE COURT:  There will also be a separation order,

11    is that correct?

12    MS. BANAR:  That's correct.  I can prepare one,

13    Your Honor.

14    THE COURT:  I'll sign it as soon as you do.

15    It says here, "The Court requests that because of

16    fears for this defendant's safety, he be placed in a federal

17    facility in the District of Columbia pending trial."

18    THE DEFENDANT:  Thank you, Judge.

19    MS. RENWICK:  Your Honor, the separation order is

20    not going to be for New York, it's going to be for --

21    THE COURT:  Only for the District of Columbia.

22    MS. RENWICK:  Thank you.

23    THE COURT:  Mr. Dockery, this is your signature on

24    the waiver of the removal hearing?

25    THE DEFENDANT:  Yes, Judge.

13

1          THE COURT:  And you understand that you're not

2    admitting guilt in the District of Columbia, you're just

3    admitting that you are the Jasper Dockery wanted in the

4    District of Columbia.

5          THE DEFENDANT:  Yes, Your Honor.

6          THE COURT:  Are you doing this voluntarily and of

7    your own free will?

8          THE DEFENDANT:  Yes, Your Honor.

9          THE COURT:  No one is forcing you to sign this

10   consent form?

11         THE DEFENDANT:  No.

12         THE COURT:  No one is making you any promises in

13   exchange for signing it?

14         THE DEFENDANT:  No.

15         THE COURT:  Ms. Conte (ph.) will give you a copy

16   of the order.

17         THE DEFENDANT:  Thank you.

18         THE COURT:  Anything else?

19         MS. BANAR:  No, Your Honor.

20         MS. RENWICK:  No, Your Honor.

21                    * * * * * * * *

22

23

24

25