UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jasper L. Dockery,           )
                             )
        Petitioner,          )
                             )
    v.                       )   Civil Action No. 06 1799
                             )
Al Haynes, Warden,           )
                             )
        Respondent.          )

FILED
OCT 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## TRANSFER ORDER

Petitioner is a federal prisoner confined at the Hazelton United States Penitentiary in Bruceton Mills, West Virginia. He petitions for a writ of *habeas corpus* under 28 U.S.C. § 2241. The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla,* 124 S.Ct. 2711 (2004); *Blair-Bey v. Quick,* 151 F.3d 1036, 1039 (D.C. Cir. 1998)(citing *Chatman-Bey v. Thornburgh,* 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission,* 374 F.3d 1235, 1239 (D.C. Cir. 2004). Petitioner's custodian is not within this Court's territorial jurisdiction. The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 29th day of September 2006,

ORDERED that this case is TRANSFERRED to the United States District Court for the Northern District of West Virginia. The Clerk of this Court shall file and docket the petition. Whether petitioner should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

United States District Judge